# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFF HUGHES

VERSUS

CAPITAL CITY PRESS, L.L.C.
D/B/A THE ADVOCATE

NO.   2026 CW 0585

**JULY 14, 2026**

---

In Re:   Capital City Press, L.L.C. d/b/a The Advocate, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 79978.

---

**BEFORE:   LANIER, WOLFE, AND BALFOUR, JJ.**

**WRIT DENIED.**

WIL
EW

**Balfour, J.,** would not consider the writ.  The writ application failed to include a copy of the memorandum in support of the motion to continue and a copy of all evidence introduced at the hearing.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT